# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SKYWELL, LLC,         )   No. 5:19-cv-05216-RGK-RAO

       Plaintiff(s),    )

   vs.           )

              )   **ORDER**

              )

HON HAI PRECISION INDUSTRY   )

COMPANY, LTD.        )

       Defendant(s).   )

_____

     Based on the parties' Joint Stipulation to Stay Case Pending Arbitration, IT IS HEREBY ORDERED that this action be removed from the active caseload without prejudice to reopen the matter to enforce the arbitration.

DATED: October 28, 2019

_____
R. GARY KLAUSNER
**UNITED STATES DISTRICT JUDGE**